UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG W., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant. | Case No.:  24-cv-2382-KSC <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 2]** |

Plaintiff's Application to Proceed In Forma Pauperis ("IFP Application") is before the Court. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (internal quotations omitted).  A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948).  An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id*. (internal quotations omitted).

1  Here, plaintiff's IFP Application states that has about $2100 per month in funds to
2  cover his living expenses, which in turn appear to meet or exceed his discretionary income.
3  Doc. No. 4. The Court finds plaintiff has sufficiently shown he lacks the financial resources
4  to pay the filing fee.  Accordingly, the IFP Application is **GRANTED**.

5  Dated:  December 18, 2024

Hon. Karen S. Crawford
United States Magistrate Judge