UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DOUGLAS A. WOOD,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FRANK BISIGNANO, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 3:24-cv-2382-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

　　On September 22, 2025, the parties filed a Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) ("Joint Motion"). (ECF No. 21.)

　　IT IS HEREBY ORDERED that the Joint Motion (ECF No. 21) is granted. The Court grants Plaintiff Douglas A. Wood ("Plaintiff") attorney fees under the EAJA in the amount of $6,625.77. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to the offset allowed under the Department of the Treasury's Offset Program ("TOPS"), then the check for EAJA fees may be made payable to Plaintiff's attorney's firm, Olinsky Law Group (EIN 26-2258247). Any payment may be made either by electronic transfer fund or by check. Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to the following address: Olinsky Law Group, 250 S Clinton St, Ste 210,

1  Syracuse, NY 13202. Payment of the agreed amount shall constitute a complete
2  release from, and bar to, any and all claims that Plaintiff and/or Melissa A. Palmer
3  and/or Olinsky Law Group may have relating to EAJA fees in connection with this
4  action. Payment of this amount is without prejudice to the rights of Melissa A. Palmer
5  and/or the Olinsky Law Group to seek attorney fees under the Social Security Act,
6  42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: November 14, 2025

*[signature]*
Hon. William Q. Hayes
United States District Court